FILED
APR 14 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Hebatalla L. Abdelnaby,<br><br>Defendant. | Case No.  16-70484-MAG<br><br>Charging District:  Superior Court of the District of Columbia<br><br>Charging District's Case No.:  12CRW3326 |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the Superior Court of the District of Columbia where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: 500 Indiana Ave NW #6000, Washington, DC 20001 | Courtroom No.: Pretrial Services |
|---|---|
| | Date and Time: April 29, 2016 9:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated: April 14, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge